IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALCIDO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CARGILL MEAT SOLUTIONS CORP, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV-F-07-1347 LJO GSA<br><br>**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE AND VACATING STATUS CONFERENCE** |

　　　　This alleged collective, class and representative action arises from defendants' alleged failure to pay all required pre-production line and post-production line activities, among other violations, to plaintiff and other similarly situated workers.

　　　　This Court VACATES the July 14, 2008 status conference in Department 10 and SETS a preliminary scheduling conference for July 17, 2008 at 8:30 a.m. in Department 4 (LJO). At the conference, the Court will set dates for (1) Cutoff for discovery regarding class certification only; (2) Deadline to file motion for class certification; (3) Deadline to file opposition to motion for class certification; (4) Deadline to file reply for motion for class certification; and (5) Hearing date for motion for class certification. The parties are directed to meet and confer as to a proposed schedule and shall file with the Court not later than seven (7) days before the conference, a joint preliminary scheduling conference report. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:   June 9, 2008**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE