| | |
|---|---|
| Joseph E. Tilson (IL Bar #3128988) | Ronald H. Barsamian, #81531 |
| Jeremy J. Glenn (IL Bar #6242988) | Patrick S. Moody, #156928 |
| Jacob M. Rubinstein (IL Bar #06225971) | Stacy R. Lucas, #243555 |
| MECKLER, BULGER & TILSON LLP | BARSAMIAN & MOODY |
| 123 North Wacker Drive, Suite 1800 | A Professional Corporation |
| Chicago, IL 60606 | 1141 W. Shaw Avenue, Suite 104 |
| Tele: 312/474-7900 | Fresno, California 93711 |
| Fax: 312/474-7898 | Tele: 559/248-2360 |
| | Fax: 559/248-2370 |

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALCIDO, GUADALUPE ALVAREZ, on behalf of themselves and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>Defendants. | Case No. 1:07-CV-01347-LJO-DLB<br><br><br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |
| CHRISTINA BARBOSA, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>Defendants. | Case No. 1:08-CV-00605-LJO-DLB |

/ / / / / / / / / / /

Subject to the approval of this Court, the parties hereby stipulate to the following order:

The mediation in this matter, previously scheduled for July 30, 2008 before Michael Loeb, has been continued to August 18, 2008.  The parties hereby stipulate that the Scheduling Conference, presently scheduled for August 21, 2008, be continued to September 19, 2008, or such other date as the Court is available, to enable the parties to attempt to resolve this matter.

Dated: August 13, 2008                    MECKLER, BULGER & TILSON LLP
                                          /s/  Joseph E. Tilson
                                          Joseph E. Tilson
                                          Jeremy J. Glenn
                                          Jacob M. Rubinstein
                                          Counsel for Defendants


Dated:  August  13, 2008                  SCHNEIDER WALLACE
                                          COTTRELL BRAYTON
                                          KONECKY LLP

                                          BERGER & MONTAGUE, P.C.

                                          PHILIP A. DOWNEY, ESQ.


                                          /s/  W. H. "Hank" Wilson
                                          Counsel for Plaintiffs


**O R D E R**

IT IS SO ORDERED.

   Scheduling Conference currently set for 8/21/08 has been continued to 10/8/08 at 8:15am.


Dated:   August 14, 2008

                                          _/s/ Lawrence J. O'Neill_____
                                          U. S. District Court Judge