| | |
|---|---|
| Todd M. Schneider (SBN 158253)<br>W.H. "Hank" Willson, IV (SBN 233321)<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br><br>Shanon J. Carson (*admitted pro hac vice*)<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 875-4656<br>Fax: (215) 875-4604<br><br>Philip A. Downey (*admitted pro hac vice*)<br>P.O. Box 736<br>Unionville, Pennsylvania 19375<br>Tel: (610) 324-2848<br>Fax: (610) 347-1073<br><br>Attorneys for Plaintiff and the proposed classes | Joseph E. Tilson (*admitted pro hac vice*)<br>Jeremy J. Glenn (*admitted pro hac vice*)<br>Jacob M. Rubinstein (*admitted pro hac vice*)<br>MECKLER BULGER TILSON MARICK &<br>PEARSON LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 474-7900<br>Fax: (312) 474-7898<br><br>Ronald H. Barsamian (SBN 81531)<br>BARSAMIAN & MOODY<br>1141 W. Shaw Ave, Ste. 104<br>Fresno, California 93711<br>Tel: (559) 248-2360<br>Fax: (559) 248-2370<br><br>Attorneys For Defendants |

FILED
JAN 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALCIDO and ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.<br><br>Defendants. | Case No. 1:07-CV-01347-LJO-GSA |
| CHRISTINA BARBOSA, on behalf of herself, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.,<br><br>Defendants. | Case No. 1:08-CV-00605-LJO-GSA<br><br>**STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND ORDER THEREON** |

Subject to the approval of this Court, the parties hereby stipulate to the following order:

As previously reported, the parties have reached agreement to settle the litigation. The parties respectfully request the Court extend by seven (7) days the previously set deadline of January 20, 2009 for filing papers for preliminary approval of the settlement to January 27, 2009 to enable the parties to prepare the appropriate papers.

Dated: January 19, 2009

MECKLER, BULGER TILSON MARICK & PEARSON LLP

/s/ Jeremy J. Glenn
Joseph E. Tilson
Jeremy J. Glenn
Jacob M. Rubinstein
Counsel for Defendants

Dated: January 19, 2009

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

BERGER & MONTAGUE, P.C.

PHILIP A. DOWNEY, ESQ.

/s/ Philip A. Downey
Counsel for Plaintiffs

**ORDER**

It is so ordered.

Dated: January 20, 2009

_____
U. S. District Court Judge