Todd M. Schneider (SBN 158253)
W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

Shanon J. Carson (*admitted pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604

Philip A. Downey (*admitted pro hac vice*)
P.O. Box 736
Unionville, Pennsylvania 19375
Tel: (610) 324-2848
Fax: (610) 347-1073

Joseph E. Tilson (*admitted pro hac vice*)
Jeremy J. Glenn (*admitted pro hac vice*)
Jacob M. Rubinstein (*admitted pro hac vice*)
MECKLER BULGER TILSON MARICK &
PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Tel: (312) 474-7900
Fax: (312) 474-7898

Ronald H. Barsamian (SBN 81531)
BARSAMIAN & MOODY
1141 W. Shaw Ave, Ste. 104
Fresno, California 93711
Tel: (559) 248-2360
Fax: (559) 248-2370

Attorneys For Defendants

Attorneys for Plaintiff and the proposed classes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALCIDO and ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.<br><br>Defendants. | Case No. 1:07-CV-01347-LJO-GSA |
| CHRISTINA BARBOSA, on behalf of herself, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., et al.,<br><br>Defendants. | Case No. 1:08-CV-00605-LJO-GSA<br><br>**STIPULATION TO CONTINUE DATE FOR FILING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND ORDER THEREON** |

Subject to the approval of this Court, the parties hereby stipulate to the following order:

As previously reported, the parties have reached agreement to settle the litigation. The parties respectfully request the Court extend by seven (7) days the previously set deadline of January 20, 2009 for filing papers for preliminary approval of the settlement to January 27, 2009 to enable the parties to prepare the appropriate papers.

Dated: January 19, 2009         MECKLER, BULGER TILSON MARICK & PEARSON LLP

/s/ Jeremy J. Glenn
Joseph E. Tilson
Jeremy J. Glenn
Jacob M. Rubinstein
Counsel for Defendants

Dated:  January 19, 2009        SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

BERGER & MONTAGUE, P.C.

PHILIP A. DOWNEY, ESQ.

/s/ Philip A. Downey
Counsel for Plaintiffs

**O R D E R**

It is so ordered.

Dated:  January 21, 2009

____/s/ LAWRENCE J. O'NEILL_____
U. S. District Court Judge

- 2 -