**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS SALCIDO, et al., | CASE NO. CV-F-07-1347 LJO GSA |
| Plaintiffs, | **ORDER CONSOLIDATING CASES** |
| v. | |
| CARGILL MEAT SOLUTIONS CORP, et al., | |
| Defendants. / | |
| CHRISTINA BARBOSA, et al., | CASE NO. CV-F-08-0605 LJO GSA |
| Plaintiffs, | |
| v. | |
| CARGILL MEAT SOLUTION CORP, et al., | |
| Defendants. / | |

    Pursuant to Fed.R.Civ.P 42(a), the Court consolidates the above cases for all purposes. The case shall have the lead case number of CV-F-07-1347 LJO GSA.

IT IS SO ORDERED.

**Dated:   February 2, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE