| | |
|---|---|
| Todd M. Schneider (SBN 158253)<br>Carolyn H. Cottrell (SBN 166977)<br>W.H. "Hank" Willson, IV (SBN 233321)<br>SCHNEIDER WALLACE<br>COTTRELL BRAYTON<br>KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>TTY: (415) 421-1665 | Joseph E. Tilson (*admitted pro hac vice*)<br>Jeremy J. Glenn (*admitted pro hac vice*)<br>Jacob M. Rubinstein (*admitted pro hac vice*)<br>MECKLER BULGER TILSON MARICK<br>& PEARSON LLP<br>123 North Wacker Drive, Suite 1800<br>Chicago, Illinois 60606<br>Tel: (312) 474-7900<br>Fax: (312) 474-7898 |
| Shanon J. Carson (*admitted pro hac vice*)<br>Russell Henkin (*admitted pro hac vice*)<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 875-4656<br>Fax: (215) 875-4604 | Ronald H. Barsamian (SBN 81531)<br>BARSAMIAN & MOODY<br>1141 W. Shaw Ave, Ste. 104<br>Fresno, California 93711<br>Tel: (559) 248-2360<br>Fax: (559) 248-2370 |
| Philip A. Downey (*admitted pro hac vice*)<br>P.O. Box 736<br>Unionville, Pennsylvania 19375<br>Tel: (610) 324-2848<br>Fax: (610) 347-1073 | Attorneys for Defendants |

Attorneys for Plaintiffs and the proposed class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALCIDO and GUADALUPE ALVAREZ; and CHRISTINA BARBOSA,<br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>Defendants. | CASE NOS. 1:07-CV-01347-LJO-GSA AND 1:08-CV-00605-LJO-GSA<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Lawrence J. O'Neill |

| | | |
|---|---|---|
| Case Nos. 1:07-CV-01347-LJO-GSA and<br>1:08-CV-00605-LJO-GSA | 1 | JOINT MOTION OF THE PARTIES FOR ORDER PROVISIONALLY APPROVING CLASS ACTION SETTLEMENT |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs Santos Salcido, Guadalupe Alvarez and Christina Barbosa (the "Plaintiffs"), on behalf of themselves and others similarly situated, and Defendants Cargill Meat Solutions Corp., Cargill Meat Solutions Corp. d/b/a Beef Packers, Inc., and Beef Packers, Inc. (collectively, the "Defendant" or "Cargill") hereby jointly move this Court for an Order:

1. Granting preliminary approval of the class action Settlement Agreement dated January 27, 2009, that is attached as Exhibit A to this Motion;

2. Appointing Rust Consulting, Inc. as Claims Administrator and preliminarily approving the costs of claims administration;

3. For purposes of settling this lawsuit, provisionally certifying the following settlement class pending final approval of the settlement:

   > All current and former hourly production and support employees of Cargill Meat Solutions Corp., Cargill Meat Solutions Corp. d/b/a Beef Packers, Inc., and Beef Packers, Inc.'s meat-packing facility in Fresno, California between September 14, 2003 and the date of preliminary approval (the "California State Claims Class");

4. For purposes of settling this lawsuit, provisionally certifying an FLSA collective action on behalf of the following group of individuals:

   > All current and former hourly production and support employees of Cargill Meat Solutions Corp., Cargill Meat Solutions Corp. d/b/a Beef Packers, Inc., and Beef Packers, Inc.'s meat-packing facility in

Fresno, California between September 14, 2004 and the date of preliminary approval (the "FLSA Collective Class");

5. Appointing Plaintiffs Santos Salcido, Guadalupe Alvarez and Christina Barbosa, as the Class Representatives on behalf of the California State Claims Class and the FLSA Collective Class;

6. Approving Schneider Wallace Cottrell Brayton Konecky LLP, Berger & Montague, P.C. and Philip A. Downey, Esq. as Class Counsel for the California State Claims Class and FLSA Collective Class;

7. Approving the forms of Class Notice and Claim Form, in the form attached as Exhibits A and B, respectively, to the Settlement Agreement; and

8. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Implementation Schedule included in the Memorandum of Points and Authorities that accompanies this Motion.

This Motion is based on the attached Memorandum of Points and Authorities, the Declaration of Todd M. Schneider in Support of the Motion, and all other records, pleadings and papers on file in this action and such other evidence or argument as may be presented to the Court at the hearing on the Motion.

| | |
|---|---|
| | Respectfully submitted, |
| DATED: Jan. 27, 2009 | TODD M. SCHNEIDER<br>CAROLYN H. COTTRELL<br>W.H. "HANK" WILLSON, IV<br>SCHNEIDER WALLACE<br>COTTRELL BRAYTON KONECKY LLP<br><br>SHANON J. CARSON<br>BERGER & MONTAGUE, P.C.<br><br>PHILIP A. DOWNEY, ESQ.<br><br>By: */s/ Hank Willson*<br>　　　　　Hank Willson<br><br>Attorneys for Plaintiffs<br>SANTOS SALCIDO and GUADALUPE ALVAREZ AND CHRISTINA BARBOSA AND THE PUTATIVE CLASS |
| DATED: _Jan. 27, 2009___ | JOSEPH E. TILSON<br>JEREMY J. GLENN<br>MECKLER BULGER TILSON MARICK & PEARSON LLP<br><br>RONALD H. BARSAMIAN<br>BARSAMIAN & MOODY<br><br>By: */s/ Joseph E. Tilson*<br>　　　　　Joseph E. Tilson<br><br>Attorneys for Defendants<br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC. |