1  Todd M. Schneider (SBN 158253)          Shanon J. Carson (*pro hac vice*)
   tschneider@schneiderwallace.com          scarson@bm.net
2  Guy B. Wallace (SBN 176151)              BERGER & MONTAGUE, P.C.
   gwallace@schneiderwallace.com            1622 Locust Street
3  Carolyn H. Cottrell (SBN 166977)         Philadelphia, Pennsylvania 19103
   ccottrell@schneiderwallace.com           Tel: (215) 875-4656
4  SCHNEIDER WALLACE                        Fax: (215) 875-4604
   COTTRELL BRAYTON KONECKY LLP
5  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
6  Tel: (415) 421-7100
   Fax: (415) 421-7105
7
   Philip A. Downey (*pro hac vice*)
8  downeyjustice@gmail.com
   THE DOWNEY LAW FIRM LLC
9  P.O. Box 736
   Unionville, Pennsylvania 19375
10 Tel: (610) 324-2848
   Fax: (610) 347-1073
11
   Attorneys for Plaintiffs Santos Salcido, Guadalupe Alvarez, and Christina Barbosa

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS SALCIDO, GUADALUPE ALVAREZ, on behalf of themselves and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>　　　　Defendants. | Case No. 1:07-CV-01347-LJO-GSA<br><br>**ORDER GRANTING REQUEST FOR PAYMENT OF ADDITIONAL FEES TO RUST CONSULTING AND REQUEST TO CLOSE CASE** |
| CHRISTINA BARBOSA, on behalf of herself, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>　　　　Defendants. | Case No. 1:08-CV-00605-LJO-DLB |

[PROPOSED] ORDER GRANTING REQUEST FOR PAYMENT OF ADDITIONAL FEES TO RUST CONSULTING AND REQUEST TO CLOSE CASE
*Salcido/Barbosa, et al. v. Cargill, et al.*

On June 25, 2010, Class Counsel filed a Report on Status of Disbursement of Settlement Funds, Request for Payment of Additional Fees to Rust Consulting and Request to Close Case, which contained the following facts based largely on a declaration submitted by Rust Consulting, the Claims Administrator in this matter:

The Qualified Settlement Fund (QSF) for this matter currently contains $1,009,455.71, consisting of unclaimed funds and uncashed checks.  Rust Consulting incurred an additional $19,982.48 in fees as a result of unanticipated administrative duties.  In the event that the payment of such fees is granted, the QSF will contain $989,473.23.

Rust Consulting has disbursed funds from the QSF for settlement awards on four occasions: on or about June 8, 2009, on or about August 28, 2009, on or about December 4, 2009, and on or about January 7, 2010.  The void period of 180 days has passed for all checks issued in accordance with the settlement.  As such, the uncashed checks will be cancelled and, along with any unclaimed funds, are ready to be disbursed to the *cy pres* recipients specified in the settlement agreement (The United Way of Fresno County and Legal Aid Society – Employment Law Center). Each *cy pres* recipient will receive $494,736.65.  Rust is prepared to then close the QSF and conclude the settlement administration, aside from any specific requests.  After the remaining funds in the QSF are distributed to the *cy pres* recipients, Rust Consulting is prepared to provide written certification of such completion and provide proof of payment to the Court and counsel for the Parties, pursuant to Paragraph 32 of the Settlement Agreement.

Pursuant to the above-referenced Report, IT IS HEREBY ORDERED THAT:

(1) Rust Consulting shall collect additional fees in the amount of $19,982.48;

(2) Rust shall then disburse the remaining funds in the QSF to the *cy pres* recipients in accordance with paragraph 31 of the Settlement Agreement;

(3) Within 7 days of the *cy pres* disbursal, Rust shall provide written certification of the completion of the distribution of the funds in the QSF to the Court and counsel for the Parties, pursuant to Paragraph 32 of the Settlement Agreement; and

(4) As soon as practicable after the completion of the above elements, this case shall be closed.

IT IS SO ORDERED.

Dated:  July 19, 2010                                        BY THE COURT:


/s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
United States District Judge