Todd M. Schneider (SBN 158253)
Carolyn H. Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Shanon J. Carson
Russell Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Philip A. Downey
P.O. Box 736
Unionville, PA 19375

Attorneys for Plaintiffs and the proposed classes

Joseph E. Tilson
Jeremy J. Glenn
Jacob M. Rubinstein
MECKLER BULGER TILSON
MARICK & PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Ronald H. Barsamian (SBN 81531)
BARSAMIAN & MOODY
1141 W. Shaw Ave, Ste. 104
Fresno, CA 93711

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS SALCIDO, GUADALUPE ALVAREZ, and CHRISTINA BARBOSA, on Behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP., CARGILL MEAT SOLUTIONS CORP. d/b/a BEEF PACKERS, INC., and BEEF PACKERS, INC.,<br><br>Defendants. | Case Nos. 1:07-CV-01347-LJO-GSA and 1:08-CV-00605-LJO-GSA<br><br>**DECLARATION OF AMANDA J. MYETTE REGARDING COMPLETION OF SETTLEMENT SUBMITTED IN RESPONSE TO THE COURT'S JULY 19, 2010 ORDER**<br><br>THE HON. LAWRENCE J. O'NEILL |

I, Amanda J. Myette, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct. I am competent to be a witness in these proceedings, and would testify as follows:

1. I am a Project Manager for Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting and myself.

2. Rust Consulting has extensive experience in class action matters, having provided services in class action lawsuits affecting millions of class members in cases involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 1,000 class action cases. Of these, more than 300 were labor and employment cases.

3. Rust Consulting was engaged by Counsel for the Class Representatives ("Plaintiffs") and Counsel for Cargill ("Defendant") (collectively the "Parties") to provide settlement administration services in the above-captioned litigation (the "Settlement").

4. Our duties included: a) printing and mailing of the Class Notices to Class Members; b) receipt and forwarding (where possible) of undeliverable Class Notices; c) receipt and validation of claim forms and opt out forms; d) calculation of claim payments; e) distribution of funds and tax-reporting following final approval; and f) mailing of settlement checks.

5. On July 26th, 2010, Rust paid itself our remaining fees awarded by the Court.

6. On July 26th, 2010 Rust wired funds to the *cy pres* recipients The United Way of Fresno County and Legal Aid Society-Employment Law Center.

7. On August 4th, 2010, Rust reissued one remaining payment to a class member, which has since been cashed.

8. On August 12, 2010, Rust closed down the QSF bank account with a zero balance.

9. As of today, Rust Consulting considers the settlement administration complete.

1     I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of September 2010 in Minneapolis, Minnesota.

_____
AMANDA J. MYETTE