1

2

3

4

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SANTOS SALCIDO, et al.,                    CASE NO. CV-F-07-1347 LJO GSA
                                               (in consolidation with CV-F-08-0605 LJO GSA)
12                Plaintiffs,
                                               **ORDER TO CLOSE ACTION**
13            v.

14  CARGILL MEAT SOLUTIONS CORP,
     et al.,
15
                  Defendants.
16  _____/

17

18        On September 2, 2010, plaintiff filed notice that all procedures to finalize distribution of the

19  settlement funds have been completed.   Judgment was entered in this case on May 29, 2009.

20  Accordingly, the Clerk of this Court is directed to close this action.

21            IT IS SO ORDERED.

22  **Dated:     September 3, 2010**            _____/s/ Lawrence J. O'Neill_____
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                               1